**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01758 |
| | § | |
| RICHARD SCHIELER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2016. The undersigned trustee was appointed on 01/20/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                 $5,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $2.08 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,997.92 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/18/2016 and the deadline for filing government claims was 10/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $24.83, for total expenses of $24.83.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/15/2017    By:    /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1      Exhibit A

| Case No.: | 16-01758 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 9/15/2017 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 10/18/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7211 South Hermitage Chicago IL 60602-0000 Cook Sold at Foreclosure 2014 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Single-family home 403 West Victoria Lane Arlington Heights IL 60005-0000 Cook Sold at Foreclosure 2013 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | 6028 S Winchester Chicago, IL - 60636-0000 Cook PIN 20-18-408-036-0000 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Requested BPO on this property | | | | | |
| 4 | 7213 S Wincheter Chicago, IL - 60636-0000 Cook PIN 20-30-209-006-0000 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Requested BPO on this property | | | | | |
| 5 | 7210 S Hermitage Chicago, IL - 60636-0000 Cook Vacant Land | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Requested BPO on this property | | | | | |
| 6 | 516 w 81st Place Chicago, IL - 60620-0000 Cook | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Requested BPO on this property | | | | | |
| 7 | 2013 Volkswagen Jetta 18000 MILES | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Bed, Table, Chairs,Kitchen Utensils, TV, Sofa | $400.00 | $0.00 | | $0.00 | FA |
| 9 | Cash | $10.00 | $0.00 | | $0.00 | FA |
| 10 | Picardy Investment Inc. d/b/a Chicago School of Music Illinois Domestic S-Corp 900 North Franklin; Chicago. Elmhurst, IL Gross Revenue: $350,000. Goodwill: Unknown but more than $0.00 Founded: 2003. 100 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401K Retirement Account | $16,800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Requested 401(k) documents in order to determine whether Debtor transferred non-exempt funds into 401(k) prior to filing. | | | | | |
| 12 | 529 Plan for Daughter with State of Illinois | $3,700.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(j) | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 16-01758 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 9/15/2017 | §341(a) Meeting Date: | 02/18/2016 |
| | | Claims Bar Date: | 10/18/2016 |

| | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 529 Plan with State of Illinois for Son | $1,800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(j) | | | | | |
| 14 | Whole Life Insurance; Death Benefit $500,000. John Hancock. Cash Value: $2000. beneficiary: Lorena Corey (ex spouse) | $2,000.00 | $0.00 | | $0.00 | FA |
| 15 | Unscheduled preference claim against Amex (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | American Express responded to demand letter and provided documentation indicating the payments are ordinary course. | | | | | |
| 16 | Claim for recovery of non-exempt funds deposited in 401(k) during 6 months prepetition (u) | $0.00 | $4,000.00 | | $5,000.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001 (hanging paragraph re exempt property acquired within 6 months of bankruptcy). | | | | | |
| 17 | Claim for IL unclaimed property in Debtor's name (u) | $0.00 | $1,436.46 | | $0.00 | FA |
| Asset Notes: | Response from IL Unclaimed Funds indicated this claim is for a different Richard Schieler | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                                                **Gross Value of Remaining Assets**

$24,710.00     $5,436.46     $5,000.00     $0.00

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:

Debtor converted non-exempt funds to exempt assets by transferring funds to 401(k) within 6 months prior to filing.

Trustee objected to Debtor's claim of exemptions, which was subject to a briefing schedule when Debtor agreed to remit $5,000.00 to the bankruptcy estate, at which point, the Trustee withdrew his objection.

Ready for TFR.

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2017 | **Current Projected Date Of Final Report (TFR):** | 09/30/2017 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

Page No: 1  Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01758 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4233 | | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/20/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2017 | (16) | SCHIELER, RICHARD | Funds deposited in 401k during 6 months prior to bankruptcy | 1241-000 | $5,000.00 | | $5,000.00 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $4,997.92 |
| | | | **TOTALS:** | | $5,000.00 | $2.08 | $4,997.92 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $2.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $2.08 | |

| For the period of 1/20/2016 to 9/15/2017 | | For the entire history of the account between 02/21/2017 to 9/15/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2.08 | Total Compensable Disbursements: | $2.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.08 | Total Comp/Non Comp Disbursements: | $2.08 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 2    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01758 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4233 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/20/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/15/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $2.08 | $4,997.92 |

**For the period of 1/20/2016 to 9/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 9/15/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2.08 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIMS ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 16-01758 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | | | | | | | Date: 9/15/2017 |
| Claims Bar Date: | 10/18/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $24.83 | $0.00 | $0.00 | $0.00 | $24.83 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $37.44 | $0.00 | $0.00 | $0.00 | $37.44 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 |
| 9 | LORENA CORY  State Disbursement Unit PO Box 5400 Carol Stream IL 60197 | Domestic Support Obligations | Allowed | 5100-000 | $12,981.28 | $0.00 | $0.00 | $0.00 | $12,981.28 |
| 1 | INTERNAL REVENUE SERVICE  P.O. Box 7317 Philadelphia PA 19101-7317 | Claims of Governmental Units | Allowed | 5800-000 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| 2 | NAVIENT SOLUTIONS INC.  220 Lasley Ave Barre PA 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $623.77 | $0.00 | $0.00 | $0.00 | $623.77 |
| 4 | CITY OF CHICAGO DEPARTMENT OF FINANCE Utility of Billing and Customer Service PO Box 6330 Chicago IL 60680 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,755.78 | $0.00 | $0.00 | $0.00 | $3,755.78 |

| Case No. | 16-01758 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | | | | | | | Date: 9/15/2017 |
| Claims Bar Date: | 10/18/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>Utility of Billing and Customer Service<br>PO Box 6330<br>Chicago IL 60680 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,321.11 | $0.00 | $0.00 | $0.00 | $2,321.11 |
| 6 | CITY OF CHICAGO DEPARTMENT OF FINANCE<br>Utility of Billing and Customer Service<br>PO Box 6330<br>Chicago IL 60680 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,366.90 | $0.00 | $0.00 | $0.00 | $6,366.90 |
| 7 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,347.23 | $0.00 | $0.00 | $0.00 | $2,347.23 |
| 10 | REGIONAL RECOVERY SERVICES<br>PO Box 3333<br>Munster IN 46321 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $119,530.15 | $0.00 | $0.00 | $0.00 | $119,530.15 |

**Claim Notes:** This claim is objectionable. However it may not be necessary to object as we will never get into the money on this claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,696.23 | $0.00 | $0.00 | $0.00 | $1,696.23 |
| 8 | CAPITAL ONE NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $117.50 | $0.00 | $0.00 | $0.00 | $117.50 |
| | | | | | **$154,752.22** | **$0.00** | **$0.00** | **$0.00** | **$154,752.22** |

| Case No. | 16-01758 | | | | | Trustee Name: | David Leibowitz |
| Case Name: | SCHIELER, RICHARD | | | | | Date: | 9/15/2017 |
| Claims Bar Date: | 10/18/2016 | | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $37.44 | $37.44 | $0.00 | $0.00 | $0.00 | $37.44 |
| Attorney for Trustee Fees (Trustee Firm) | $1,200.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 |
| Claims of Governmental Units | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| Domestic Support Obligations | $12,981.28 | $12,981.28 | $0.00 | $0.00 | $0.00 | $12,981.28 |
| General Unsecured § 726(a)(2) | $134,944.94 | $134,944.94 | $0.00 | $0.00 | $0.00 | $134,944.94 |
| Payments to Unsecured Credit Card Holders | $1,813.73 | $1,813.73 | $0.00 | $0.00 | $0.00 | $1,813.73 |
| Trustee Compensation | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| Trustee Expenses | $24.83 | $24.83 | $0.00 | $0.00 | $0.00 | $24.83 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      16-01758
Case Name:     RICHARD SCHIELER
Trustee Name:  David P. Leibowitz

                                    Balance on hand:         $4,997.92

Claims of secured creditors will be paid as follows: NONE

                Total to be paid to secured creditors:       $0.00
                                  Remaining balance:         $4,997.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| David P. Leibowitz, Trustee Expenses | $24.83 | $0.00 | $24.83 |
| Lakelaw, Attorney for Trustee Fees | $1,200.00 | $0.00 | $1,200.00 |
| Lakelaw, Attorney for Trustee Expenses | $37.44 | $0.00 | $37.44 |

       Total to be paid for chapter 7 administrative expenses:    $2,512.27
                                      Remaining balance:          $2,485.65

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

       Total to be paid to prior chapter administrative expenses:    $0.00
                                      Remaining balance:             $2,485.65

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,481.28 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---:|---:|---:|
| | | | | |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | $2,500.00 | $0.00 | $0.00 |
| 9 | Lorena Cory | $12,981.28 | $0.00 | $2,485.65 |

| | |
|---|---:|
| Total to be paid to priority claims: | $2,485.65 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $136,758.67 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Navient Solutions Inc. | $623.77 | $0.00 | $0.00 |
| 3 | American Express Centurion Bank | $1,696.23 | $0.00 | $0.00 |
| 4 | City of Chicago Department of Finance | $3,755.78 | $0.00 | $0.00 |
| 5 | City of Chicago Department of Finance | $2,321.11 | $0.00 | $0.00 |
| 6 | City of Chicago Department of Finance | $6,366.90 | $0.00 | $0.00 |
| 7 | American Express Bank FSB | $2,347.23 | $0.00 | $0.00 |
| 8 | Capital One NA | $117.50 | $0.00 | $0.00 |
| 10 | Regional Recovery Services | $119,530.15 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**