**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-01758 |
| | § | |
| RICHARD SCHIELER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $24,710.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,485.65 | Claims Discharged Without Payment: | $411,573.79 |
| Total Expenses of Administration: | $2,514.35 | | |

3)  Total gross receipts of $5,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,514.35 | $2,514.35 | $2,514.35 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $4,041.00 | $15,481.28 | $15,481.28 | $2,485.65 |
| General Unsecured Claims (from **Exhibit 7**) | $419,127.49 | $136,758.67 | $136,758.67 | $0.00 |
| **Total Disbursements** | $423,168.49 | $154,754.30 | $154,754.30 | $5,000.00 |

4). This case was originally filed under chapter 7 on 01/20/2016. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2017        By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claim for recovery of non-exempt funds deposited in 401(k) during 6 months prepetition | 1241-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $24.83 | $24.83 | $24.83 |
| Green Bank | 2600-000 | NA | $2.08 | $2.08 | $2.08 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,200.00 | $1,200.00 | $1,200.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $37.44 | $37.44 | $37.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,514.35** | **$2,514.35** | **$2,514.35** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $1,100.00 | $2,500.00 | $2,500.00 | $0.00 |
| 9 | Lorena Cory | 5100-000 | $2,941.00 | $12,981.28 | $12,981.28 | $2,485.65 |
|  | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$4,041.00** | **$15,481.28** | **$15,481.28** | **$2,485.65** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Navient Solutions Inc. | 7100-000 | $1,661.00 | $623.77 | $623.77 | $0.00 |
| 3 | American Express Centurion Bank | 7100-900 | $0.00 | $1,696.23 | $1,696.23 | $0.00 |
| 4 | City of Chicago Department of Finance | 7100-000 | $12,000.00 | $3,755.78 | $3,755.78 | $0.00 |
| 5 | City of Chicago Department of Finance | 7100-000 | $12,000.00 | $2,321.11 | $2,321.11 | $0.00 |
| 6 | City of Chicago Department of Finance | 7100-000 | $12,000.00 | $6,366.90 | $6,366.90 | $0.00 |
| 7 | American Express Bank FSB | 7100-000 | $0.00 | $2,347.23 | $2,347.23 | $0.00 |
| 8 | Capital One NA | 7100-900 | $117.00 | $117.50 | $117.50 | $0.00 |
| 10 | Regional Recovery Services | 7100-000 | $119,530.00 | $119,530.15 | $119,530.15 | $0.00 |
|  | Amex | 7100-000 | $485.00 | $0.00 | $0.00 | $0.00 |
|  | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Amex | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bk Of Amer | 7100-000 | $231,798.00 | $0.00 | $0.00 | $0.00 |
|  | Bk Of Amer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Bank Usa N | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Discover Fin Svcs Llc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Discoverbank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Jpm Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Jpm Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Kohls/Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Markoff Law LLC | 7100-000 | $5,114.49 | $0.00 | $0.00 | $0.00 |
|  | Peoples Engy | 7100-000 | $72.00 | $0.00 | $0.00 | $0.00 |
|  | Pierce & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Shari Shelmadine Law Office | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stellar Recovery Inc | 7100-000 | $106.00 | $0.00 | $0.00 | $0.00 |
| Vw Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vw Credit Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vw Credit Inc | 7100-000 | $24,244.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Hm Mortgag | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $419,127.49 | $136,758.67 | $136,758.67 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-01758 | | | Trustee Name: | David Leibowitz |
| Case Name: | SCHIELER, RICHARD | | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 12/7/2017 | | | §341(a) Meeting Date: | 02/18/2016 |
| | | | | Claims Bar Date: | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  7211 South Hermitage Chicago IL 60602-0000 Cook Sold at Foreclosure 2014 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Single-family home 403 West Victoria Lane Arlington Heights IL 60005-0000 Cook Sold at Foreclosure 2013 | $0.00 | $0.00 | | $0.00 | FA |
| 3  6028 S Winchester Chicago, IL - 60636-0000 Cook PIN 20-18-408-036-0000 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Requested BPO on this property | | | | | |
| 4  7213 S Wincheter Chicago, IL - 60636-0000 Cook PIN 20-30-209-006-0000 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Requested BPO on this property | | | | | |
| 5  7210 S Hermitage Chicago, IL - 60636-0000 Cook  Vacant Land | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Requested BPO on this property | | | | | |
| 6  516 w 81st Place Chicago, IL - 60620-0000 Cook | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Requested BPO on this property | | | | | |
| 7  2013 Volkswagen Jetta 18000 MILES | $0.00 | $0.00 | | $0.00 | FA |
| 8  Bed, Table, Chairs, Kitchen Utensils, TV, Sofa | $400.00 | $0.00 | | $0.00 | FA |
| 9  Cash | $10.00 | $0.00 | | $0.00 | FA |
| 10 Picardy Investment Inc. d/b/a Chicago School of Music Illinois Domestic S-Corp 900 North Franklin; Chicago. Elmhurst, IL Gross Revenue: $350,000. Goodwill: Unknown but more than $0.00 Founded: 2003. 100 | $0.00 | $0.00 | | $0.00 | FA |
| 11 401K Retirement Account | $16,800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Requested 401(k) documents in order to determine whether Debtor transferred non-exempt funds into 401(k) prior to filing. | | | | | |
| 12 529 Plan for Daughter with State of Illinois | $3,700.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 735 ILCS 5/12-1001(j) | | | | | |
| 13 529 Plan with State of Illinois for Son | $1,800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 735 ILCS 5/12-1001(j) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 16-01758 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | Date Filed (f) or Converted (c): | 01/20/2016 (f) |
| For the Period Ending: | 12/7/2017 | | §341(a) Meeting Date: | 02/18/2016 |
| | | | Claims Bar Date: | 10/18/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | Whole Life Insurance; Death Benefit $500,000. John Hancock. Cash Value: $2000. beneficiary: Lorena Corey (ex spouse) | $2,000.00 | $0.00 | | $0.00 | FA |
| 15 | Unscheduled preference claim against Amex (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | American Express responded to demand letter and provided documentation indicating the payments are ordinary course. | | | | | |
| 16 | Claim for recovery of non-exempt funds deposited in 401(k) during 6 months prepetition (u) | $0.00 | $4,000.00 | | $5,000.00 | FA |
| **Asset Notes:** | 735 ILCS 5/12-1001 (hanging paragraph re exempt property acquired within 6 months of bankruptcy). | | | | | |
| 17 | Claim for IL unclaimed property in Debtor's name (u) | $0.00 | $1,436.46 | | $0.00 | FA |
| **Asset Notes:** | Response from IL Unclaimed Funds indicated this claim is for a different Richard Schieler | | | | | |

**TOTALS (Excluding unknown value)**                                      **Gross Value of Remaining Assets**

                                 $24,710.00           $5,436.46                 $5,000.00              $0.00

**Major Activities affecting case closing:**

06/30/2017   2017 Reporting Period:

Debtor converted non-exempt funds to exempt assets by transferring funds to 401(k) within 6 months prior to filing.

Trustee objected to Debtor's claim of exemptions, which was subject to a briefing schedule when Debtor agreed to remit $5,000.00 to the bankruptcy estate, at which point, the Trustee withdrew his objection.

Ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2017 | **Current Projected Date Of Final Report (TFR):** | 09/30/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

Page No: 1    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-01758 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4233 | | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/20/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/21/2017 | (16) | SCHIELER, RICHARD | Funds deposited in 401k during 6 months prior to bankruptcy | 1241-000 | $5,000.00 | | $5,000.00 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $4,997.92 |
| 11/16/2017 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.00 | $3,747.92 |
| 11/16/2017 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $24.83 | $3,723.09 |
| 11/16/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $1,200.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,200.00 | $2,523.09 |
| 11/16/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $37.44; Distribution Dividend: 100.00%; | 3120-000 | | $37.44 | $2,485.65 |
| 11/16/2017 | 3005 | Lorena Cory | Claim #: 9; Amount Claimed: $12,981.28; Distribution Dividend: 19.15%; | 5100-000 | | $2,485.65 | $0.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $5,000.00 | $5,000.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $5,000.00 | $5,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $5,000.00 | $5,000.00 | |

| For the period of 1/20/2016 to 12/7/2017 | | For the entire history of the account between 02/21/2017 to 12/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,000.00 | Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 | Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-01758 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SCHIELER, RICHARD | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4233 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/20/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 1/20/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2016 to 12/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ